UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELVIN J. KELLY, ) | |
| ) | CASE NO. C16-0522RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO SHOW CAUSE |
| ) | |
| WASHINGTON STATE DEPARTMENT ) | |
| OF TRANSPORTATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

*Pro Se* Plaintiff, Melvin J. Kelly, filed a Complaint in this matter on April 19, 2016. Dkt. #1. Plaintiff raises allegations of employment discrimination arising out of an injury he suffered while working. Dkt. #3. Plaintiff was granted *in forma pauperis* status, and blank summonses were issued to him the same day the Complaint was filed; however, there is no indication that this matter has ever been served, and no Defendants have ever appeared.

Federal Rule of Civil Procedure 4 sets forth the procedure for serving the Defendants in this matter. Rule 4(m) requires that service be made within 90 days of filing the Complaint. Plaintiff has failed to show proof of service on any of the Defendants. Accordingly, **no later than twenty-one (21) days from the date of this Order**, Plaintiff shall SHOW CAUSE why his case should not be dismissed for failure to prosecute.

The Clerk shall send a copy of this Order to Plaintiff at 5938 18th Ave. SW, Seattle, WA 98106.

SHOW CAUSE ORDER
PAGE - 1

DATED this 12th day of April, 2017.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

SHOW CAUSE ORDER
PAGE - 2